# <u>Exhibit B</u>

# to

# Beken's Complaint
# for Patent Infringement

# Claim Chart for the '228 Patent

Ex. B to Beken Complaint-U.S. Patent No. 9,197,228

| US Patent No. 9,197,228 Exemplary Claim 9[1] | **Mapped against Auctus Technology AT1846S chip** | |
|---|---|---|
| 9. A method comprising: | **X-Ray Photo of the Auctus's AT1846S chip:**  In the X-Ray Photo, the black lines are bonding wires, connecting the die pad with chip pins. **Photo of the chip A21 of the patent claims** | **Top view of the AT1846S chip:**  **Top view of the Auctus's AT1846S chip with measurements:** |

---

[1] Beken provides this exemplary claim chart for the purposes showing one basis of infringement of the '228 Patent by the Accused Products as defined in the Complaint at ¶27.  This exemplary claim chart addresses the Accused Products broadly based on the fact that the Accused Products infringe in the same general way.  Beken reserves its right to amend and fully provide its infringement arguments and evidence thereof until its Infringement Contentions are later produced according to the court's Scheduling Order in this case.

Ex. B to Beken Complaint-U.S. Patent No. 9,197,228





The above two photos indicate the chip encapsulation of the AT1846S chip completely overlaps with the encapsulation of chip A21 in terms of the component layout and size.

| generating an oscillating signal (Fvco) by an oscillator; | In the Programming Guide of the AT1846S chip, a frequency synthesizer (oscillator) generates an oscillating signal. (Both frequency synthesizer and oscillator are frequency generator sources that generates frequency output, such as the oscillator signal in the patent claims). |
|---|---|

Ex. B to Beken Complaint-U.S. Patent No. 9,197,228

### 3.3  Synthesizer

The frequency synthesizer generates the local oscillator signal. All building blocks are fully integrated without any external components. LO frequency can be programmed through the serial interface by the MCU. *(How to select frequency band and program LO frequency, refer to the programming guide)*

Ex. B to Beken Complaint-U.S. Patent No. 9,197,228



Figure 3.1 AT1846S/AT1846SD Block Diagram

In the Programming Guide of the AT1846S chip, as shown below, the chip supports a specific range of frequency signals, further indicating an oscillator signal is generated and adjusted by the AT1846S chip.

5

Ex. B to Beken Complaint-U.S. Patent No. 9,197,228

The AT1846S can be tuned to the worldwide frequency band for Walkie Talkie from 400MHz to 500MHz and especially from 134MHz to 174MHz which meets the frequency band of weather broadcast.

- Support worldwide frequency band
  - ➤ AT1846S :134MHz ～ 174MHz
      200MHz ～ 260MHz
      400MHz ～ 520MHz
  - ➤ AT1846SD :320MHz ～ 400MHz

**Table 5-1    Receiver Characteristics**

(AVDD = 3.3 V, TA = -25 to 85 °C, unless otherwise specified)

| SYMBOL | PARAMETER | CONDITIONS | MIN | TYP | MAX | UNIT |
|--------|-----------|------------|-----|-----|-----|------|
| **General specifications** | | | | | | |
| **Fin** | Input Frequency Range1 | AT1846S | 400 | | 520 | MHz |
| | Input Frequency Range2 | AT1846S | 134 | | 174 | MHz |
| | Input Frequency Range3 | AT1846S | 200 | | 260 | MHz |
| | Input Frequency Range4 | AT1846SD | 320 | | 400 | MHz |

https://usermanual.wiki/Document/AT1846SProgrammingGuide14.620764667/view  Last time visited 5/16/2021

Further, as shown below, block A in the picture to the left indicates the location where the oscillator resides on the AT1846S chip. The picture to the right shows a photo of the AT1846S chip with three metal layers removed. Metal layers are typically applied to chips to provide required signal crossings and power supply rails. Without the metal layers, the layout of the circuit underneath is revealed to a greater extent.

Ex. B to Beken Complaint-U.S. Patent No. 9,197,228

Therefore, the AT1846S chip includes an oscillator that generates oscillating signals.



| | As shown below, block B in the picture to the left indicates where a frequency divider and a counter reside on the AT1846S chip. The picture to the right shows a photo of the AT1846S chip with three metal layers removed. The frequency divider in the corresponding section is revealed in greater detail without the metal layers. |
|---|---|
| generating a divided signal by dividing a | |

Ex. B to Beken Complaint-U.S. Patent No. 9,197,228

| frequency of the oscillating signal by a denominator; |  A : Oscillator    B : Frequency Divider and Counter<br><br>Therefore, the AT1846S chip includes a frequency divider that generates a divided signal by dividing the frequency of the oscillating signal. A frequency divider generates an output frequency signal by dividing the input frequency signal with an integer as a denominator, e.g., $f_{out}=f_{in}/n$. Therefore, the denominator recited in the claims is inherently required. |
|---|---|

| | | |
|---|---|---|
| obtaining a first count of the divided signal (Fvco/N) within a predetermined time and a second count of a reference signal within the predetermined time; | As shown below, in the picture to the left, block B indicates where a frequency divider and a counter reside on the AT1846S chip. The picture to the right shows a photo of the AT1846S chip with three metal layers removed. The counter in the corresponding section is revealed in greater detail without the metal layers.<br><br>The counter may be configured to output a count ("first count") of the divided signal within a predetermined time.<br><br> | |

A reference signal is generated by a reference circuit. A reference circuit is inherent to chips. Thereby, the counter may be configured to output a count (e.g., second count) of the reference signal within the predetermined time.

The existence of the reference circuit may be further evidenced based on the discussion of a master reference clock in the Programming Guide of the AT1846S chip, as shown below, which inherently generates a reference signal.

## 2. Reference Clock

AT1846S/AT1846SD takes 12.8 MHz,13MHz,25.6M Hz and 26MHz crystals as its master reference clock.

| Bit | Name | Function |
|---|---|---|
| 30H[14] | xtal_mode | 1: 26MHz/13MHz |
| | | 0: 25.6MHz/12.8MHz |
| 04H[0] | clk_mode | 1: 12.8MHz /13MHz |
| | | 0: 25.6MHz /26MHz |

For example: 12.8MHz crystal

        04H[0]= clk_mode =1

        30H[14]= clk_mode =0

          13MHz crystal

        04H[0]= clk_mode =1

        30H[14]= clk_mode =1

          26MHz crystal

        04H[0]= clk_mode =0

        30H[14]= clk_mode =1

https://usermanual.wiki/Document/AT1846SProgrammingGuide14.620764667/view  Last time visited 5/16/2021

Ex. B to Beken Complaint-U.S. Patent No. 9,197,228

|  | |
|---|---|
| | The use of "predetermined time" and a reference circuit is further evidenced based on the below information acquired by testing the AT1846S chip. Specifically, the use of reference signal generated by a reference circuit may be indicated by the "negative edge of ref clk" and the "positive edge" of the reference clock. The use of "predetermined time" for at least the second count of the reference signal may be indicated by "pll_cnt_time," referring to the "ref clk cycle" (i.e., reference clock cycle).<br><br> |
| generating a comparison result according to a comparison of the first count | A comparator is utilized in the AT1846S chip to generate a comparison result according to a comparison of the first count of the divided signal and the second count of a reference signal. The existence of a comparator may be inferred by testing digital signals in the chip. For example, an aging calibration curve generated by digital signals may be analyzed to infer the existence of a comparator. |

Ex. B to Beken Complaint-U.S. Patent No. 9,197,228

| and the second count; | The screenshot below shows a curve indicating the changes of VCO (Voltage-Controlled Oscillator) frequency over a period of time. Based on the curve, we may safely infer that a comparator exists in the AT1846S chip  |
| --- | --- |
| adjusting the frequency of the oscillating signal | In the Programming Guide of the AT1846S chip, as shown below, the range of frequency signal, such as an oscillating signal, may be configured or adjusted based on a selected frequency band. |

Ex. B to Beken Complaint-U.S. Patent No. 9,197,228

| according to the comparison result; | ## 3.3 Synthesizer |
|---|---|

The frequency synthesizer generates the local oscillator signal. All building blocks are fully without any external components. LO frequency can be programmed through the serial inter MCU. *(How to select frequency band and program LO frequency, refer to the programming g*

**Table 5-1    Receiver Characteristics**

(AVDD = 3.3 V, TA = -25 to 85 °C, unless otherwise specified)

| SYMBOL | PARAMETER | CONDITIONS | MIN | TYP | MAX | UNIT |
|---|---|---|---|---|---|---|
| **General specifications** | | | | | | |
| **Fin** | Input Frequency Range1 | AT1846S | 400 | | 520 | MHz |
| | Input Frequency Range2 | AT1846S | 134 | | 174 | MHz |
| | Input Frequency Range3 | AT1846S | 200 | | 260 | MHz |
| | Input Frequency Range4 | AT1846SD | 320 | | 400 | MHz |

https://usermanual.wiki/Document/AT1846SProgrammingGuide14.620764667/view Last time visited 5/16/2021

In the Programming Guide of the AT1846S chip, as shown below in the red rectangular box, the oscillating signal is configured or adjusted based on the frequency band <8:0>. The selection of frequency band may be determined according to the comparison result.

Ex. B to Beken Complaint-U.S. Patent No. 9,197,228



The screenshot in the Programming Guide of the AT1846S chip further indicates frequency signal may be configured or adjusted based on frequency band, such as Freq<29:0>.

# 1. Setting RF Frequency

| Bit | Name | Function |
|-----|------|----------|
| 29H[13:0] | freq<29:16> | Freq high value (unit 1khz/16) |
| 2aH[15:0] | freq<15:0> | Freq low value (unit 1khz/16) |

Default frequency is 409.7500MHz

Freq<29:0>= Binary (Freq(MHz)*16000)

For example: frequency is 409.75MHz, Freq<29:0>=409.75*16000=6556000=0x640960,so write 29H [15:0] =0x64 and 2aH [15:0] =0x0960.

https://usermanual.wiki/Document/AT1846SProgrammingGuide14.620764667/view Last time visited 5/16/2021

14

Ex. B to Beken Complaint-U.S. Patent No. 9,197,228

| | |
|---|---|
| wherein the oscillator comprises a first inductor communicatively coupled to a first capacitor array; | A typical oscillator circuit includes plural energy-storing components, such as capacitors, or inductors, or both.<br><br>The circuit diagram below shows a circuit of typical oscillators that contains plural capacitors ⊥ (e.g., capacitor array) and inductors "〰." <br><br> |

Ex. B to Beken Complaint-U.S. Patent No. 9,197,228

Further, as shown below, a capacitor array in the picture to the left is identified from the top view of the AT1846S chip.

The capacitor array in the AT1846S chip:                    Top view of the AT1846S chip:




Ex. B to Beken Complaint-U.S. Patent No. 9,197,228

| obtaining the comparison result; | As discussed above, based on the curve indicating the changes of VCO frequency over a period of time, we may safely infer that a comparator exists in the AT1846S chip. The comparison result is the output of the comparator and may be obtained.<br><br>A comparator is utilized in the AT1846S chip to generate a comparison result according to a comparison of the first count of the divided signal and the second count of a reference signal. The existence of a comparator may be inferred by testing digital signals in the chip. For example, an aging calibration curve generated by digital signals may be analyzed to infer the existence of a comparator.<br><br>The screenshot below shows a curve indicating changes of VCO (Voltage-Controlled Oscillator) frequency over a period of time. Based on the curve, we infer that a comparator exists in the AT1846S chip |
|---|---|

Ex. B to Beken Complaint-U.S. Patent No. 9,197,228



| adjusting the capacitance of the first capacitor array according to the comparison result | Because a capacitor array is identified and is communicatively coupled to the comparator in the AT1846S chip, it may be presumed that the capacitance may be adjusted based on the output (e.g., the comparison result) of the comparator. |
|---|---|

Ex. B to Beken Complaint-U.S. Patent No. 9,197,228

| wherein the first capacitor array comprises a plurality of individually switched capacitors, | A typical capacitor array includes a plurality of individually switched capacitors, as shown below.<br><br><br><br>Further, as shown below, a capacitor array in the picture to the left is identified from the top view of the AT1846S chip. |
| --- | --- |

Ex. B to Beken Complaint-U.S. Patent No. 9,197,228

| | The capacitor array in the AT1846S chip:           Top view of the AT1846S chip: |
|---|---|
| |   |
| wherein a capacitance of a first capacitor is less than the sum of capacitances of all the other | The graph below shows a LO frequency curve generated by the AT1846S chip below. It may be inferred that the capacitance of the first capacitor is less than the sum of capacitances of all the other capacitors that are less than the first capacitor and the capacitance of the least significant bit of the capacitor array. Otherwise, the curve shall not be smooth and continuous. |

Ex. B to Beken Complaint-U.S. Patent No. 9,197,228

capacitors that are less than the first capacitor and the capacitance of a least significant bit of the capacitor array.

